

# Fourth Court of Appeals
## San Antonio, Texas

January 27, 2021

No. 04-20-00562-CV

James D. **SCUDDAY**,
Appellant

v.

Austin **KING**, Tierra Linda Ranch Homeowners Association, Jerry Addams, Bob Dockey, Mary La France, Tammy Haney, Denise Chambers and Dimas Lopez,
Appellees

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 14446
Honorable Albert D. Pattillo, III, Judge Presiding

# O R D E R

Appellant's request for leave of court to withdraw his previously filed affidavit of indigency is GRANTED. The clerk of this court is ORDERED to notify appellant of the filing fees for this appeal.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of January, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court